FILED/REC'D

2025 NOV -3  A 11: 42

United States District court

Western district of Wisconsin

CLERK OF COURT
U.S. DISTRICT COURT
of WI

Joseph zloza  vs Otis Minnesota services, or unknown union ironworker number of undercover police

Case No. 25-cv-904-wmc

COMPLAINT

Title VII of the Civil Rights Act of 1964

Or if undercover police violations of 5th, 8th and 14th ammendment of the us constitution. 18 usc 242, 18 usc 250, or 42 usc 1983.

I was working for oms, approx 09-10/2025 where potential an undercover police or union ironworker Forman named chase sexually harassed me. By stating what if electrician gave you a wink. Comments are sexual harassment in the working place. Or federal crime if police.


How do I find out what branch or agencies if undercover police? To serve notice of claim?


I would like to see 50 million for emotional distress, ptsd, anxiety, mental, astral, damages against the defendants.

JURY DEMAND

Joseph Zloza

W7723 Silvernagel road

New Lisbon, Wisconsin, 53950

6085471818